ANTHONY DENNISTON *v.* CASH HOME
CENTER, INC.
(AC 22424)

Schaller, Flynn and Dupont, Js.

Argued March 27—officially released April 15, 2003

Per Curiam. The judgment is affirmed.

WILLIAM H. HONAN ET AL. *v.* JOSEPH
DIMYAN ET AL.
(AC 22587)

Foti, Bishop and Hennessy, Js.

Argued April 28—officially released May 20, 2003

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* JOSE RAMOS
(AC 23327)

Foti, Bishop and Hennessy, Js.

Argued April 28—officially released May 20, 2003

Per Curiam. The judgment is affirmed.